**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7111**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

MARLO BROWN,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Richard D. Bennett, District Judge. (1:07-cr-00426-RDB-1)

———————

Submitted:  October 22, 2013          Decided:  October 25, 2013

———————

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Marlo Brown, Appellant Pro Se. Benjamin M. Block, Charles Joseph Peters, Sr., OFFICE OF THE UNITED STATES ATTORNEY, Barbara Slaymaker Sale, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlo Brown appeals the district court's order denying relief on Brown's 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Brown, No. 1:07-cr-00426-RDB-1 (D. Md. June 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED